# NOTICE
## FOR DISCRETIONARY REVIEW WITHOUT A PETITION UPON TEXAS RULE OF APPELLATE PROCEDURE ARTICLE #5. RULE #67, 1, 2, 3. PAGE #1226!

CHARLES AL-PINE.

V.

STATE OF TEXAS

TRIAL COURT CASE NO. #1092935

#1. DIST. CT. APP. CASE NO #01-07-0077-CR.

F.M. 369, N. IOWA PARK TX. 76367!

AND TX. APP. PRO. RULE #66.1, 66.2, #66.3. A-B-C-d-E-F.

To CLERK OF TEXAS CRIMINAL COURT OF APPEALS AT P.O. BOX #12308, AUSTIN TX. 78711,

I WANT TO ASK THE CRIMINAL COURT OF APPEALS FOR THE STATE OF TEXAS FOR A REVIEW OF THE FIRST DISTRICT COURT OF APPEALS "DECISION" OF #1. DIST. CRIM. CT. OF APP. IN HOUSTON TEXAS CASE NO. #01-070077 CR. OF DATE JUNE 12-2008.! DECISION, ??? THE CASE IS AFFIRMED !!!

IN WHICH CHARLES AL-PINE. GET THAT MAIL #5. A.M. JULY-2-2008. WENDNESDAY FROM MY COURT APOINTED! APPEAL ATTORNEY MS. E.M. DETOTO OF # 300 MAIN ST. HOUSTON TEXAS 77002!!! I C. AL-PINE. STATED IN NOTICE TO MS. EMILY M DETOTO. DATED 7-3-2008 5. A.M. THURSDAY MY J.V. ALL-RED. UNIT UNIT OF T.d.C.J. INSTITUTION MAILING DATE! TO WRITE ~~ME. AND LET ME KNOW THAT~~ ~~YOU PUT #1. DIST. CRIM.~~ APP. CT. OF TEXAS CASE #01-0700177 UP FOR REHEARING I STILL HEAR NO WORDS AT THIS TIME

RECEIVED IN
COURT OF CRIMINAL APPEALS

JAN 05 2015

Abel Acosta, Clerk

## ERROR OF NOTICE

MY COURT APOINTED APPEAL MS. E.M. DETOTO NOT FILE FOR RE HEARING OF MY DIRECT APPEAL AND FOR ME APPEAL BOND IN WHICH APPEAL LAWYER VIOLATE MY RIGHTS TO DUE PROCESS OF LAW AND NO CRUEL AND UNUSEAL PUNISH-MENTS

## GROUNDS OF NOTICE

1. RIGHTS TO DUE PROCESS OF LAW UPON MY U.S. BILL OF RIGHTS. YR. 1791. 14. AMEND. 2. NO CRUEL AND UNUSEAL PUNIS-HMENTS UPON U.S. BILL OF RIGHTS YR. 8, AMEND. !

## CASE LAWS OF NOTICE

STATE MUST ASSURE THE INDIGENT DEFENDANT OPPORT-UNITY, PRESENT THIS CLAIM FAIRLY ROSS V. MOFFEL 417. U.S. 387. 105 S. CT. 830 YR 1985. C. AL-PINE DEFENDANT RELIED ON COUNSEL TO HANDLE THIS APPEAL READ EVITTS V. LUCY 469-U.S. 387. 105. S. CT. 830. YR. 1985. !

FACTS OF NOTICE ITS A FACT MS. E.M. DETOTO IS MY C. AL-PINE COURT APOINED COUNSEL OF HARRIS COUN-TY, DISTRICT COURTROOM #184 CASE #1092935 MR. S. J. KROCKER DISTRICT COUNTY JUDGE !

OATH OF DECLARATION STATE'S NOTICE IS TRUE UPON TITLE 28 U.S.C. SEC. 1746. UNDER PENA-LTY. OF PERJURY !

ISI Charles Alpine. TUESDAY
DATE — 12 — 23 — 2014 !